# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLEAN VISION CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER PERCY,<br><br>　　　　Defendant. | Case No. 2:22-cv-01862-ART-NJK<br><br>**Order**<br><br>[Docket No. 41] |

Pending before the Court is the parties' stipulation, asking the Court to grant Third-Party Defendant Daniel Bates a 7-day extension to respond to Plaintiff's third-party complaint. Docket No. 41. The stipulation fails to comply with the Local Rules. Specifically, a motion or stipulation seeking an extension must state why the requested extension is needed. Local Rule IA 6-1(a).

Accordingly, the parties' stipulation is **DENIED** without prejudice. Docket No. 41. Any renewed stipulation must fully comply with this Court's Local Rules and must be submitted by January 27, 2023.

IT IS SO ORDERED.

Dated: January 26, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge

1