**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
acalaway@maclaw.com
harnold@maclaw.com
 *Attorneys for Plaintiff/Counterdefendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLEAN VISION CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br>vs.<br><br>CHRISTOPHER PERCY, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case Number:<br>2:22-cv-01862-ART-NJK<br><br>**STIPULATION AND ORDER EXTENDING THIRD-PARTY DEFENDANT DANIEL BATES' RESPONSIVE DEADLINE (FIRST REQUEST)** |
| CHRISTOPHER PERCY, an individual,<br><br>Counterclaimant,<br>vs.<br><br>CLEAN VISION CORPORATION, a Nevada corporation,<br><br>Counterdefendant. | |
| CHRISTOPHER PERCY, an individual,<br><br>Third-Party Plaintiff<br>vs.<br><br>DANIEL BATES, an individual; DOES I through X, inclusive,<br><br>Third-Party Defendants. | |

**STIPULATION AND ORDER EXTENDING THIRD-PARTY DEFENDANT DANIEL BATES' RESPONSIVE DEADLINE (FIRST REQUEST)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between third-party defendant Daniel Bates ("Bates"), plaintiff/counterdefendant Clean Vision Corporation ("CLNV"), and defendant/counterclaimant/third-party plaintiff Christopher Percy ("Percy"), by and through their respective counsel, that:

1. Mr. Bates' responsive pleading to Percy's third-party claims [ECF No. 18], which was served on January 4, 2023 [ECF No. 40], is currently due on January 25, 2023, but is now due on or before February 1, 2023.

2. Pursuant to LR IA 6-1(a), the extension is needed given Mr. Bates is still in the process of formally retaining the undersigned counsel Marquis Aurbach.

3. This stipulation was made before the expiration of the specified period to respond to the Third-Party Claims, however, for the avoidance of doubt, any failure to file a responsive pleading before the deadline expired was the result of excusable neglect pursuant to LR IA 6-1(a).

///

///

///

///

4. This is Mr. Bates' first extension of time to file a responsive pleading.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 26th day of January, 2023. | Dated this 26th day of January, 2023 |
| Submitted by: | Approved as to content by: |
| **MARQUIS AURBACH** | **LEWIS ROCA ROTHGERBER CHRISTIE** |
| By:/s/  Harry L. Arnold | By:/s/ Stephen Steele |
| Brian R. Hardy, Esq.<br>Nevada Bar No. 10068<br>Alexander K. Calaway, Esq.<br>Nevada Bar No. 15188<br>Harry L. Arnold, Esq.<br>Nevada Bar No. 15866<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorneys for CLNV* | Dan Waite, Esq.<br>Nevada Bar No. 4078<br>Stephen Steele, Esq.<br>Nevada Bar No. 13965<br>3993 Howard Hughes Pkwy, #600<br>Las Vegas, NV 89169<br>*Attorneys for Mr. Percy* |

**ORDER**

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** January 27, 2023