Dan R. Waite
Nevada Bar No. 4078
Stephen D. Steele
Nevada Bar No. 13965
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Email: DWaite@LewisRoca.com
Email: SSteele@LewisRoca.com

*Attorneys for Christopher Percy*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CLEAN VISION CORPORATION, a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PERCY, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants.<br><br>CHRISTOPHER PERCY, an individual,<br><br>    Counterclaimant,<br><br>vs.<br><br>CLEAN VISION CORPORATION, a Nevada corporation,<br><br>    Counterdefendant.<br><br>CHRISTOPHER PERCY, an individual,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL BATES, an individual; DOES I through X, inclusive,<br><br>    Third-Party Defendants. | Case No.: 2:22-cv-01862-ART-NJK<br><br>**MOTION FOR WITHDRAWAL OF MENG ZHONG FROM CASE** |

Pursuant to LR IA 11-6(b), Defendant Christopher Percy ("Defendant"), through its counsel, Dan R. Waite and Stephen D. Steele of Lewis Roca Rothgerber Christie LLP, move for

120091249 1

withdrawal of attorney Meng Zhong from representation of Christopher Percy in this case. If granted, Mr. Zhong should also be removed from the Electronic Case Filing records in this case.

Due to issues with Pacer, Mr. Zhong assisted with the initial removal of this matter. However, given obligations on other matters, he has not played a substantive role in this matter and will no longer be working on this case.

Dan R. Waite, Esq. and Stephen Steele, Esq. will remain as counsel for Defendant.

Withdrawal of Meng Zhong approved on:

March 10, 2023 by: _____
Christopher Percy

SUBMITTED on this 10th day of March 2023.

          LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Stephen D. Steele*
    Dan R. Waite (4078)
    Stephen D. Steele (13965)
    3993 Howard Hughes Pkwy, Suite 600
    Las Vegas, NV 89169-5996
    Tel: 702.949.8200
    DWaite@lewisroca.com
    SSteele@lewisroca.com

*Attorneys for Christopher Percy*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:    March <u>13th</u>, 2023

120091249 1