UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLEAN VISION CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER PERCY,<br><br>    Defendant. | Case No. 2:22-cv-01862-ART-NJK<br><br>**Order**<br><br>[Docket No. 60] |

Pending before the Court is Lewis Roca Rothgerber Christie's motion to withdraw as counsel for Defendant Christopher Percy. Mr. Percy may file a response to the motion no later than April 14, 2023. The Clerk's Office is **INSTRUCTED** to email a copy of this order to Mr. Percy at the email provided in Docket No. 60 at 3.

IT IS SO ORDERED.

Dated: March 24, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1