# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLEAN VISION CORPORATION, a Nevada corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CHRISTOPHER PERCY, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendant. | Case Number:<br>2:22-cv-01862-ART-NJK<br><br><br><br>**ORDER GRANTING**<br><br>STIPULATION TO DISMISS<br>(ECF No. 65) |
| CHRISTOPHER PERCY, an individual,<br><br>　　　　　Counterclaimant,<br>vs.<br><br>CLEAN VISION CORPORATION, a Nevada corporation,<br><br>　　　　　Counterdefendant. | |
| CHRISTOPHER PERCY, an individual,<br><br>　　　　　Third-Party Plaintiff<br>vs.<br><br>DANIEL BATES, an individual; DOES I through X, inclusive,<br><br>　　　　　Third-Party Defendants. | |

121908056.1

**STIPULATION AND ORDER TO DISMISS**

Plaintiff Clean Vision Corporation ("Clean Vision", "Plaintiff" or "Counterdefendant") and Daniel Bates ("Bates" or "Third-Party Defendant"), by and through their attorneys of record, Marquis Aurbach, and Defendant/Counterclaimant Christopher Percy ("Percy" or "Defendant") by and through his law firm of record, Lewis Roca Rothgerber Christie LLP, (collectively the "Parties"), hereby stipulate and agree as follows:

1. That the Parties have reach a global resolution in the above-captioned matter;

2. That the above-captioned matter, including but not limited to all claims, counterclaims, third-party claims, and affirmative defenses, be dismissed WITH PREJUDICE;

3. That the Parties each bear their own respective attorney fees and costs;

4. That the Court's Preliminary Injunction (ECF No. 28) be vacated;

5. That the $5,000.00 cash bond posted with the State Court by Plaintiff on September 23, 2022, be released to Plaintiff, and disbursed to Percy, in accordance with the terms of the Parties' Settlement Agreement and Mutual Release; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. That any pending hearings and deadlines in the above-captioned matter be vacated, and the above-captioned case be CLOSED.

**IT IS SO AGREED AND STIPULATED.**

| | |
|---|---|
| **Submitted by:**<br>**Dated this 3rd day of August, 2023**<br>**MARQUIS AURBACH CHTD.** | **Approved as to content by:**<br>**Dated this 2nd day of August, 2023**<br>**LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
| By: */s/ Alexander K. Calaway*<br>    Brian R. Hardy, Esq.<br>    Nevada Bar No. 10068<br>    Alexander K. Calaway, Esq.<br>    Nevada Bar No. 15188<br>    Harry L. Arnold, Esq.<br>    Nevada Bar No. 15866<br>    *Attorney(s) for Clean Vision and Bates* | By:   */s/ Stephen D. Steele*<br>    Dan R. Waite, Esq.<br>    Nevada Bar No. 4078<br>    Stephen D. Steele, Esq.<br>    Nevada Bar No. 13965<br>    *Attorneys for Christopher Percy* |

**ORDER**

IT IS SO ORDERED.

DATED: August 4, 2023.

_____
Anne R. Traum
United States District Court Judge

121908056.1